Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
15760 Ventura Blvd, Suite 880
Los Angeles, CA  91436
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
NICKOLAS NORMAN

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION**

| | |
|---|---|
| NICKOLAS NORMAN, | Case No.: 2:17-cv-4065 |
| Plaintiff; | **NOTICE OF SETTLEMENT** |
| v. | |
| CITIBANK, N.A.; | |
| Defendant. | |

NOW COMES Plaintiff, NICKOLAS NORMAN, through attorneys, WESTGATE LAW, and hereby notifies this Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiffs anticipate will be finalized within the next sixty (60) days.

Plaintiff therefore respectfully requests this Honorable Court vacate all dates currently scheduled for the present matter.

RESPECTFULLY SUBMITTED,

DATED: July 27, 2017    WESTGATE LAW

By: /s/ Matthew A. Rosenthal
   Matthew A. Rosenthal
   Attorney for Plaintiff