1  Matthew A. Rosenthal (SBN 279334)
   matt@westgatelaw.com
2  Westgate Law
   15760 Ventura Blvd, Suite 880
3  Los Angeles, CA  91436
   Tel: (818) 200-1497
4  Fax: (818) 574-6022
   Attorneys for Plaintiff,
5  NICKOLAS NORMAN

6           **IN THE UNITED STATES DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**
7                    **EASTERN DIVISION**

8

9  NICKOLAS NORMAN,            )   **Case No.: 2:17-cv-4065**
                                )
10                              )   **PLAINTIFF'S VOLUNTARY**
            Plaintiff;          )   **DISMISSAL WITH PREJUDICE**
11                              )   **PURSUANT TO FED. R. CIV. P.**
       v.                       )   **41(a)(1)(A)(i)**
12                              )
                                )
13 CITIBANK, N.A.;              )
                                )
14                              )
            Defendant.          )
15                              )
                                )
16                              )
                                )
17 _____)

18
        **PLEASE TAKE NOTICE** that Plaintiff, Nickolas Norman, pursuant to Fed.
19
   R. Civ. P. 41(a)(1)(A)(i), gives notice that he voluntarily dismisses all claims in this
20
   action as to himself in his individual capacity with prejudice.  Defendant Citibank,
21
   N.A. has neither answered Plaintiff's Complaint nor filed a motion for summary
22
   judgment.  Accordingly, this matter may be dismissed with prejudice without an
23
   Order of the Court.
24

25

RESPECTFULLY SUBMITTED,

DATE: March 15, 2018      WESTGATE LAW

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2018, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. A copy of the forgoing was transmitted by email to the following:

Andrew Moritz
1400 Citi Cards Way
Jacksonville, FL 32258
Attorneys for Defendant,
CITIBANK, N.A.

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal